IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA and NDCS,<br><br>        Defendants. | 8:20CV264<br><br>**ORDER** |

IT IS ORDERED:

1. For good cause shown, Plaintiff's motion for extension of time to amend complaint (Filing 11) is granted. Plaintiff shall have an additional 60 days, until Monday, December 14, 2020, to file an amended complaint in accordance with the court's Memorandum and Order of September 14, 2020 (Filing 10).

2. Plaintiff's motion for an extension of time to serve defendants (Filing 12) is denied without prejudice. If the court determines that an amended pleading is not subject to dismissal under 28 U.S.C. § 1915A, it then will direct the clerk of the court to issue summons and on its own motion will grant addition time for service of process.

Dated this 28th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge