IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF NEBRASKA and NDCS, | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 18) is granted, as follows: Plaintiff shall have an additional 30 days, until Wednesday, January 13, 2021, to file an amended complaint in accordance with the court's Memorandum and Order of September 14, 2020 (Filing 10).

Dated this 18th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge