IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA and NDCS,<br><br>Defendants. | 8:20CV264<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 31) is denied. See Filing 30.

Dated this 7th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge