IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES M. SAYLOR,

              Plaintiff,

     vs.

STATE OF NEBRASKA and  NDCS,

              Defendants.

**8:20CV264**


**ORDER**


     IT IS ORDERED that Plaintiff's motion for extension of time (Filing 33) is granted, as follows:  Plaintiff shall have until March 22, 2021, to file an amended complaint.

     Dated this 13th day of January, 2021.

                          BY THE COURT:

                          *Richard G. Kopf*

                          Richard G. Kopf
                          Senior United States District Judge