IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF NEBRASKA and NDCS, | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 35) is granted, as follows: Plaintiff shall have until April 5, 2021, to file an amended complaint.

Dated this 23rd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge