IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF NEBRASKA, and NDCS, | |
| Defendants. | |

IT IS ORDERED:

1. Filing 41, Plaintiff's Motion Requesting to Withdraw Emergency Motion and Preliminary Amended Complaint, is granted.

2. Filing 38, Plaintiff's Emergency Motion Requesting Leave to Swap Complaints, is withdrawn.

3. Filing 40, Plaintiff's Preliminary Amended Complaint, is withdrawn.

4. Filing 39, Plaintiff's (First) Motion for Leave to File Verified Amended Complaint, is denied without prejudice, as moot.

5. Filing 42, Plaintiff's Motion for extension of time, is granted.

5. Filing 44, Plaintiff's (Second) Motion for Leave to File Verified Amended Complaint, is granted.

6. Filing 45, Plaintiff's Verified Amended Complaint, is accepted as timely filed and will be reviewed by the court in its normal course of to determine whether the case may proceed to service of process.

Dated this 12th day of April, 2021.

> BY THE COURT:
>
> *Richard G. Kopf*
>
> Richard G. Kopf
> Senior United States District Judge