IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA and NDCS,<br><br>          Defendants. | 8:20CV264<br><br>**ORDER** |

IT IS ORDERED:

1. Filing 47, Plaintiff's Motion Requesting Leave to Make Swap is granted. Plaintiff shall have 14 days to file a "Verified Amended Complaint" that incorporates the handwritten entries in Filing 45. Upon such filing, the current "Verified Amended Complaint" (Filing 45) will be superseded and stricken.

2. Filing 48, Plaintiff's Motion to Extend Time, Etc., is denied without prejudice. It is the court's standard procedure when authorizing service of process in prisoner cases to grant an extension of time for completion of service of process until 90 days after entry of the order authorizing service.

Dated this 26th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge