IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | |
| Plaintiff, | 8:20CV264 |
| vs. | |
| SCOTT R. FRAKES, | ORDER |
| Defendant. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 63) is granted. Plaintiff shall have until September 29, 2021, to respond to Defendant's Motion to Dismiss (Filing 61).

Dated this 7th day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge