IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT R. FRAKES, <br><br> Defendant. | 8:20CV264 <br><br> **ORDER** |

    IT IS ORDERED that Plaintiff's motion for second extension of time (Filing 67) is granted. Plaintiff shall have until October 29, 2021, to respond to Defendant's motion to dismiss (Filing 61).

    Dated this 1st day of October 2021.

                                            BY THE COURT:

                                            *Richard G. Kopf*

                                            Richard G. Kopf
                                            Senior United States District Judge