IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT R. FRAKES, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's motion for third extension of time (Filing 71) is granted. Plaintiff shall have until November 29, 2021, to respond to Defendant's motion to dismiss (Filing 61).

Dated this 29th day of October 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge