IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT R. FRAKES, | |
| Defendant. | |

    IT IS ORDERED that Plaintiff's unopposed motion for a fourth extension of time (Filing 74) is granted. Plaintiff shall have until December 29, 2021, to respond to Defendant's motion to dismiss (Filing 61).

    Dated this 1st day of December 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge