IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>    Defendant. | 8:20CV264<br><br>**MEMORANDUM<br>AND ORDER** |

  This matter is before the court on Plaintiff's motion for a fifth extension of time to respond to Defendant's motion to dismiss, which has been pending since August 12, 2021. The court finds Plaintiff has made a sufficient showing of good cause for the requested extension. *See* Fed. R. Civ. P. 6(b). **Plaintiff is warned, however, that the court is unlikely to grant any further extensions.**

  IT IS THEREFORE ORDERED that Plaintiff's motion for a fifth extension of time (Filing 78) is granted. Plaintiff shall have until January 28, 2022, to respond to Defendant's motion to dismiss (Filing 61).

  Dated this 3rd day of January 2022.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge