IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT R. FRAKES, <br><br> Defendant. | 8:20CV264 <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's motion for a sixth extension of time to respond to Defendant's motion to dismiss, which has been pending since August 12, 2021. The court finds Plaintiff has made a sufficient showing of good cause for the requested extension. *See* Fed. R. Civ. P. 6(b). **Plaintiff is warned, however, that no further extensions will be granted absent a showing of extraordinary circumstances.**

IT IS THEREFORE ORDERED that Plaintiff's motion for a sixth extension of time (Filing 81) is granted. Plaintiff shall have until February 14, 2022, to respond to Defendant's motion to dismiss (Filing 61).

Dated this 25th day of January 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge