IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>Defendant. | 8:20CV264<br><br>**ORDER** |

IT IS ORDERED that Filing 84, Plaintiff's "motion to amend or supplement Plaintiff's motion for sixth extension of time," is denied without prejudice, as moot.

Dated this 27th day of January 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge