IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT R. FRAKES, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's motion for a seventh extension of time (Filing 87) is granted in part and denied in part, as follows:

1. Plaintiff shall have an additional 10 days, until **February 24, 2022**, to respond to Defendant's motion to dismiss (Filing 61). **No further extensions will be granted.**

2. In all other respects, Plaintiff's motion is denied.

Dated this 11th day of February 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge