IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>        Defendant. | 8:20CV264<br><br>**ORDER** |

    IT IS ORDERED that Defendant's motion for extension of time (Filing 93) is granted. Defendant shall have until April 6, 2022, to file a reply brief in support of Defendant's motion to dismiss (Filing 61).

    Dated this 4th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge