IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>    Defendant. | 8:20CV264<br><br>**ORDER** |

  IT IS ORDERED that Defendant's motion for extension of time (Filing 100) is granted. Defendant shall have until April 27, 2022, to file a reply brief in support of Defendant's motion to dismiss (Filing 61).

  Dated this 6th day of April 2022.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge