IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | 8:20CV264 |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT R. FRAKES, | |
| Defendant. | |

IT IS ORDERED that Defendant's motion for extension of time (Filing 102) is granted. Defendant shall have until May 4, 2022, to file a reply brief in support of Defendant's motion to dismiss (Filing 61).

Dated this 27th day of April 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge