IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR, | **8:20CV264** |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT R. FRAKES, | |
| Defendant. | |

IT IS ORDERED that Defendant's motion for extension of time (Filing 124) is granted. Defendant shall have until October 7, 2022, to respond to Plaintiff's "Motion Regarding Already-Filed Motion Supported by Declaration and Exhibits" (Filing 121). Plaintiff shall have 7 days after service of Defendant's response to file a reply.

Dated this 19th day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge