IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>        Defendant. | 8:20CV264<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 133) is granted. Plaintiff shall have until November 16, 2022, to reply to Defendant's Filing 132 (Brief in Opposition to Plaintiff's "Motion Regarding Already-Filed Motion").

    Dated this 25th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
