IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE SABATKA-RINE,<br>in her official capacity only,<br><br>Defendant. | 8:20CV264<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 139) is granted. Plaintiff shall have until December 9, 2022, to reply to Defendant's Filing 136 (Brief in Opposition to Plaintiff's Motion to Alter or Amend Judgment).

    Dated this 7th day of November, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge