IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIANE SABATKA-RINE, in her official capacity only,<br><br>　　　　Defendant. | 8:20CV264<br><br>**ORDER** |

  IT IS ORDERED that Plaintiff's motion for extension of time (Filing 142) is granted. Plaintiff shall have until November 28, 2022, to reply to Defendant's Filing 132 (Brief in Opposition to Plaintiff's "Motion Regarding Already-Filed Motion").

  Dated this 17th day of November, 2022.

               BY THE COURT:

               *Richard G. Kopf*

               Richard G. Kopf
               Senior United States District Judge