IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES M. SAYLOR,<br><br>        Plaintiff,<br><br>   vs.<br><br>DIANE SABATKA-RINE, in her official capacity only,<br><br>        Defendant. | 8:20CV264<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff has filed a motion for a third extension of time to reply to Defendant's Filing 132. The court will grant the motion (Filing 145), but will not look favorably upon any future requests for extensions. Plaintiff is also cautioned that a reply brief serves a very limited purpose, as outlined in the court's local rules:

> The reply brief may not merely repeat the moving party's initial arguments, but rather must address factual or legal issues raised in the opposing brief. Without leave of court, a reply brief may not raise new grounds for relief or present matters that do not relate to the opposing party's response.

NECivR 7.1(c)(2). And, accordingly, "[e]xcept with the court's prior permission, a moving party's reply brief may not exceed 6,500 words." NECivR 7.1(d)(1)(B).

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 145) is granted. Plaintiff shall have until December 8, 2022, to reply to Defendant's Filing 132 (Brief in Opposition to Plaintiff's "Motion Regarding Already-Filed Motion").

    Dated this 29th day of November, 2022.

                                                      BY THE COURT:

                                                    *Richard G. Kopf*

                                                    Richard G. Kopf
                                                    Senior United States District Judge